# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One Priority Mail parcel addressed to Alex Marus, 8928 Sonora Ave., Glendale, CA 91291 bearing tracking number 9405809699939934077981 | )<br>)<br>) Case No. 2:19mj151-WC<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the \_\_\_\_Middle\_\_\_\_ District of \_\_\_\_Alabama\_\_\_\_
*(identify the person or describe the property to be searched and give its location)*:

One Priority Mail parcel addressed to Alex Marus, 8928 Sonora Ave., Glendale, CA 91291 bearing tracking number 9405809699939934077981

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

controlled substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments consisting of payment and/or proceeds relative to the distribution of controlled substances

**YOU ARE COMMANDED** to execute this warrant on or before \_\_\_\_May 22, 2019\_\_\_\_ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to \_\_\_\_Wallace Capel, Jr.\_\_\_\_
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for \_\_\_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 5-8-19  11:30 a.m.

_____
*Judge's signature*

City and state: Montgomery, AL

Wallace Capel, Jr, Chief U.S. Magistrate Judge
*Printed name and title*